Barrett Beasley (CA SBN 194143)
Salim-Beasley, LLC
1901 Texas Street
Natchitoches, LA 71457
Tel: (318) 238-1827
Fax: 318-354-1227
bbeasley@salim-beasley.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PAULA ACKERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>McKESSON CORPORATION, et al.,<br><br>Defendants. | Case No.: 2:13-cv-05853-CMR<br>MDL No. 1871<br><br>**Notice of Appearance** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Plaintiffs, Paula Ackerman, et al., are represented by Salim-Beasley, LLC in this matter. Barrett Beasley is an attorney at Salim-Beasley, LLC and is working on this matter on behalf of the Plaintiffs. Accordingly, Plaintiffs request that any Notice of Electronic Filing in this case be sent to Ms. Beasley at the following address: bbeasley@salim-beasley.com.

Dated: October 15, 2013

Respectfully submitted,

SALIM-BEASLEY, LLC

**/s/ Barrett Beasley**
Barrett Beasley (CA SBN 194143)
1901 Texas Street
Natchitoches, LA 71457
Tel: (318) 238-1827
Fax: (318) 354-1227
bbeasley@salim-beasley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 15, 2013

Respectfully Submitted,

**/s/ Barrett Beasley**

Barrett Beasley (CA SBN 194143)
Salim-Beasley, LLC
1901 Texas Street
Natchitoches, LA 71457
Tel: 318-238-1827
Fax: 318-354-1227
bbeasley@salim-beasley.com

Attorneys for Plaintiffs